CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants
TAHOE HOTEL PROJECT, INC.,
JOHN SPENCER ROMINE & JESSICA ROMINE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>              Plaintiff,<br><br>       v.<br><br>TAHOE HOTEL PROJECT, LLC, a Florida Limited Liability Company; JOHN SPENCER ROMINE; JESSICA ROMINE; and Does 1-10,<br><br>              Defendants. | Case No.: 2:15-cv-01391-GEB-DAD<br><br>**STIPULATION RE EXTENSION OF TIME UNTIL AUGUST 31, 2015 FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Pursuant to local Rule 6-144(a), Plaintiff SCOTT JOHNSON and Defendants TAHOE HOTEL PROJECT, LLC, a Florida Limited Liability Company; JOHN SPENCER ROMINE; JESSICA ROMINE by and through their respective attorneys stipulate as follows:

1.    No extension of time has been previously obtained.

2.    Defendants are granted an extension of time up to and including August 31, 2015 to respond to Plaintiff's complaint.

3.    The grounds for this request for an extension is that counsel has recently been retained by Defendants and needs time to review the matter in order to properly

-1-

file an Answer.

    IT IS SO STIPULATED effective as of August 5, 2015.

Respectfully submitted,

Dated: August 6, 2015

           /s/ Phyl Grace
Phyl Grace, Attorney for
Scott Johnson, Plaintiff

Dated: August 6, 2015        VAUGHAN & ASSOCIATES

           /s/ Cris C. Vaughan
Cris C. Vaughan, Attorney for Tahoe
Hotel Project, Inc., John Spencer
Romine & Jessica Romine, Defendants

## ORDER

    Good cause appearing, as stipulated to by the parties, the request to extend the time for the response of Defendants, Tahoe Hotel Project, Inc., John Spencer Romine & Jessica Romine, up to and including August 31, 2015, is granted.

    IT IS SO ORDERED.

Dated: August 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION RE EXTENSION OF TIME UNTIL AUGUST 31, 2015 FOR DEFENDANTS TO RESPOND TO COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION RE EXTENSION OF TIME UNTIL AUGUST 31, 2015 FOR DEFENDANTS TO RESPOND TO COMPLAINT