UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>TAHOE HOTEL PROJECT, LLC, a Florida Limited Liability Company; JOHN SPENCER ROMINE; JESSICA ROMINE; and Does 1-10,<br><br>  Defendants. | Case: 2:15-CV-01391-JAM-EFB<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), and the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 2/17/2016  /s/ John A. Mendez
         HONORABLE JOHN A. MENDEZ
         UNITED STATES DISTRICT COURT JUDGE